MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-00135 VC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) RESCHEDULING STATUS CONFERENCE FROM |
| | ) MARCH 30, 2015 TO MARCH 31, 2015, AND |
| MICHAEL ANTHONY BARRETTE, | ) EXCLUDING TIME UNDER THE SPEEDY TRIAL |
| | ) ACT |
| Defendant. | ) |

The defendant, MICHAEL ANTHONY BARRETTE, represented by Shilpi Agarwal, Assistant Federal Public Defender, and the government, represented by Rita F. Lin, Assistant United States Attorney, were previously scheduled to appear before the Court on March 30, 2015, for a status conference. Because the Court is no longer available on that date, the Court inquired if the parties were available to reschedule the status conference for March 31, 2015 at 1:00 p.m.. The parties, by and through their counsel, state that they are available on March 31, 2015 at 1:00 p.m.

The government has produced discovery to defense counsel, and defense counsel is in the process of reviewing that discovery and discussing it with the defendant.

Counsel for the defendant hereby requests that time be excluded under the Speedy Trial Act

STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE
Case No. CR 15-135 VC

between March 30, 2015, and March 31, 2015 in order to provide time to review the discovery produced by the government, to conduct necessary investigation, and to obtain discovery that the defense seeks to produce.  Failing to exclude that time would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government has no objection to excluding time.

Based upon the representations of counsel and for good cause shown, the Court hereby continues the status conference from March 30, 2015 to March 31, 2015 at 1:00 p.m.  The Court finds that failing to exclude the time between March 30, 2015, and March 31, 2015, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 30, 2015, and March 31, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between March 30, 2015, and March 31, 2015, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 20, 2015

_____
Hon. Vince Chhabria
United States District Judge

Approved As To Form:

_____/s/_____    Dated: March 19, 2015
SHILPI AGARWAL
Counsel for Defendant Michael Anthony Barrette

_____/s/_____    Dated: March 19, 2015
RITA F. LIN
Assistant United States Attorney
Counsel for United States

STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE
Case No. CR 15-135 VC